IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| THOMAS MARTONE, and all other individuals similarly situated, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:15-CV-877 RP |
| WALTER E. ROBB, III, et al., | § § § | |
| Defendants. | § § | |

**FINAL JUDGMENT**

Before the Court is the above entitled cause of action. On this day, the Court entered an order granting Defendants' Motion to Dismiss (Dkt. 44), and thus dismissed all of Plaintiff's claims. Accordingly, the Court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that all claims and causes of action brought by Plaintiff Thomas Martone are hereby **DISMISSED**.

**IT IS FURTHER ORDERED** that all relief not expressly granted is hereby **DENIED** and that each party shall bear their own attorney's fees and costs of court.

**IT IS FURTHER ORDERED** that all hearing and trial settings are hereby **CANCELED**.

**IT IS FINALLY ORDERED** that the case is hereby **CLOSED**.

**SIGNED** on August 3, 2017.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE

1