**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**

THOMAS MARTONE, and all other individuals
similarly situated,

               Plaintiff,

      v.

WALTER E. ROBB, III, GLENDA JANE
FLANAGAN, and ROBERTA LANG,

           Defendants.

Case No. 1:15-cv-00877-RP

**NOTICE OF APPEAL**

Notice is hereby given that Plaintiff Thomas Martone hereby appeals to the United

States Court of Appeals for the Fifth Circuit from this Court's Order granting Defendants'

Motion to Dismiss (Dkt. No. 51) entered in this action on the 3rd day of August, 2017.


DATED: August 15, 2017

                         By:  /s/ *Samuel E. Bonderoff*
                            Samuel E. Bonderoff

                         Jacob H. Zamansky
                         Edward H. Glenn Jr.
                         **ZAMANSKY LLC**
                         50 Broadway, 32nd Floor
                         New York, NY 10004
                         Telephone: (212) 742-1414
                         Facsimile: (212) 742-1177
                         *samuel@zamansky.com*

Hamp Skelton
Brandon Gleason
**SKELTON & WOODY**
248 Addie Roy Road, Suite B-302
Austin, TX 78746
Telephone: (512) 651-7000
Facsimile:  (512) 651-7001

*Counsel for Plaintiff and the Putative Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was electronically filed with the Court and counsel of record, who are deemed to have consented to electronic service in the above-referenced case, are being served this 15th day of August, 2017, with a copy of the above-document via the Court's CM/ECF System.

/s/*Samuel E. Bonderoff*
Samuel E. Bonderoff